IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01947-NRN

AMARVIR SINGH,

     Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility, Aurora, CO;
GEORGE VALDEZ, Director of the Denver Field Office, U.S. Immigration and Customs Enforcement;
DAVID J. VENTURELLA, Acting Ice Director;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 21] of Magistrate Judge N. Reid Neureiter entered on July 17, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1). It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 28th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ M. Smotts_____
        Deputy Clerk